IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-4

UNITED STATES OF AMERICA.

    Plaintiff,

v.

4. CARLOS RAMON-PEREZ,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the Motion to Withdraw as Counsel of Record Due to Conflict of Interest With Another Client [Docket No. 43] filed by the Office of the Federal Public Defender.  The motion states that the Office of the Federal Public Defender has a conflict of interest and that continued representation of the defendant by the Office of the Federal Public Defender would constitute a violation of Rule 1.7 and Rule 1.9 of the Colorado Rules of Professional Conduct.  The Colorado Rules of Professional Conduct are the standards of professional conduct for practice in this Court.  *See* D.C.COLO.LCrR 57.6.  Good cause appearing, it is

**ORDERED** that the Motion to Withdraw as Counsel of Record Due to Conflict of Interest With Another Client [Docket No. 43] is granted.  The Office of the Federal Public Defender and Edward R. Harris's representation of defendant Carlos Ramon-Perez is terminated.  It is further

**ORDERED** that an attorney from the Criminal Justice Act Panel shall be appointed to represent the defendant.

DATED August 27, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge