IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-4

UNITED STATES OF AMERICA.

>       Plaintiff,

v.


4. CARLOS RAMON-PEREZ,

>       Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss

Remaining Counts [Docket No. 418].  The Court has reviewed the pleading and is fully

advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 418] is

granted.  Counts 11, 15, 16, 17, 18, 20, and 21 of the Indictment are dismissed as to

defendant Carlos Ramon-Perez.


>       DATED September ᴊ6, 2014.

>                                        BY THE COURT:

>                                        PHILIP A. BRIMMER
>                                        United States District Judge