IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-2128-PAB
Criminal Case No. 13-cr-00046-PAB-4

UNITED STATES OF AMERICA,

v.

4. CARLOS RAMON-PEREZ,

    Movant.

---

**ORDER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct

the sentence imposed by this Court [Docket No. 505], it is

    **ORDERED** that, on or before November 13, 2015, the United States shall file an

answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules

Governing Section 2255 Proceedings.


    DATED September 29, 2015.

                BY THE COURT:


                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge